**Stephen W. GINGERY, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2011–3225.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2011.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Robert J. MacLEAN, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2011–3231.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2011.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Richard A. BECKER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2011–3224.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2011.

Austin M. Fulk, Department of Justice, Washington, DC, for Respondent.

Richard A. Becker, Coram, NY, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Robert J. MacLEAN, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2011–3231.

United States Court of Appeals, Federal Circuit.

Oct. 31, 2011.

Michael Goodman, Department of Justice, Washington, DC, for Respondent.

Lawrence A. Berger, Mahon & Berger, Glen Cove, NY, Thomas M. Devine, Government Accountability Project, Washington, DC, for Petitioner.

## ORDER

The order of dismissal and the mandate dated October 28, 2011, 460 Fed.Appx. 926, 2011 WL 7447347, having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.